Kevin T. Lafky, OSB #852633
klafky@lafky.com
Tonyia J. Brady, OSB #103491
tbrady@lafky.com
LAFKY & LAFKY
429 Court Street NE
Salem, OR 97301
Tel: (503)585-2450
Fax: (503)585-0205
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| FLOYD NOEL, | Case No. 6:18-cv-00465-AA |
| Plaintiff, | **STIPULATED NOTICE OF DISMISSAL** |
| v. | |
| CITY OF SALEM and MINA HANSSEN | |
| Defendants. | |

Pursuant to FRCP 41(a)(1)(A)(ii), the parties, through their undersigned counsel, stipulate to the dismissal of this action with prejudice and without costs or attorney fees to any party.

IT IS SO STIPULATED:

DATED this 2nd day of August, 2018.          DATED this 2nd day of August, 2018.

s/ Tonyia Brady                              s/ Sarah Foreman
Tonyia J. Brady       OSB#103491             Sarah Foreman       OSB#042859
LAFKY & LAFKY                                Assistant City Attorney
429 Court Street NE                          City of Salem Legal Department
Salem, OR 97301                              555 Liberty Street SE, Room 205
Tel. (503)585-2450                           Salem, OR 97301
Of Attorneys for Plaintiff                   Tel. (503)588-6003
                                             Of Attorneys for Defendants.

**Page 1– STIPULATED NOTICE OF DISMISSAL**